# Defendant's Exhibit A

IN THE SUPERIOR COURT OF CLAYTON COUNTY

STATE OF GEORGIA

WAYNE LILES                          :

    Plaintiff                       :

vs.                                  : CIVIL ACTION

RHONDA ANN SMITH LILES
    Defendant

### AGREEMENT

THIS AGREEMENT made and entered into this 10th day of February, 1986, by and between WAYNE LILES, first party, (hereinafter call the "Husband"); and RHONDA ANN SMITH LILES, second party, (hereinafter called the "Wife");

### W I T N E S S E T H :

WHEREAS, the parties hereto were married on ▮▮▮▮, and lived together as husband and wife until on or about November, 1981, at which time said parties seperated; and

WHEREAS, the parties hereto are now living in a bona fide state of separation and intend to live apart the rest of their lives; and

WHEREAS, the parties have defined their respective rights and obligation with respect to a division of their assests and other property rights; and

WHEREAS, there is now a suit for divorce in the Superior Court of Clayton County bearing the above caption;

NOW THEREFORE, for and in consideration of the promises and mutual convenants and promises contained herein, it is hereby agreed as follows:

(1) CONTINUED SEPERATION. The parties shall continue to live separate and apart and each shall be free from the interference, authority and control, either direct of indirect, from the other party as fully as if each party had never been married. Each may for his own or her own separate use and benefit engage in any employment, business or profession which he or she may deem advisable, Except as hereinafter set forth in this Agreement, neither party shall be responsible for any debt, contract or other party contracted after the date of this Agreement.

(2) CUSTODY AND VISITATION.

(a) The wife shall have permanent custody of the minor daughter of the parties, to-wit: ▇▇▇▇▇▇▇▇ The wife shall have full control and supervision of her care, guidance, maintenance and education subject only to the husband having reasonable rights of visitation with said child. The grandmother ▇▇▇▇▇▇▇ shall retain custody of the son of the parties, James Andrew Liles, and shall have full supervision and control of his care as per the Order of the Juvenile Court of Henry County in Case No ▇▇▇▇ upon newlrenewal of this order the Husband shall have custody of the son, James Andrew Liles

(2)