# Defendant's Exhibit B

IN THE JUVENILE COURT OF HENRY COUNTY

STATE OF GEORGIA

IN THE INTEREST OF:  :

JAMES ANDREW LILES,  :   JUVENILE FILE
AGE 2,
D.O.B.: ▓▓▓▓▓▓▓▓▓  :   ▓▓▓▓▓▓▓▓▓

ORDER

A petition having been filed in the above-styled matter on December 7, 1983 seeking custody of JAMES ANDREW LILES, a minor located in Henry County, State of Georgia.

An Acknowledgment of Service having been filed on January 4, 1984 executed by the natural father of the above-named minor child, WAYNE LEE LILES, JR., and service by publication having been perfected upon the natural mother, RHONDA ANN LILES.

A hearing having been held in the above-styled case on February 15, 1984 and the petitioners having been present and no appearance having been made by either natural parent. The Court finds that it is in the best interest of the minor child and the public that custody of the above-named minor child be granted to the petitioners.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the petitioners shall have custody of the above-named minor child and that the petitioners are hereby authorized to obtain routine and emergency medical and dental care for the above-named minor child.

SO ORDERED this 28th day of February, 1984.

_____
JUDGE A. J. WELCH, JR.
JUVENILE COURT, HENRY COUNTY,
GEORGIA

Harrison & McGarity
40 Macon Street
P. O. Box 989
McDonough, Georgia  30253
(404) 957-3957